1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8

9    Linda Theresa Bradley,                      No.  CV-11-01810-PHX-NVW

                            Petitioner,
10                                                **ORDER**

11   vs.

12   Charles L. Ryan, et al.,

13                            Respondents.

14          Pending before the Court is the Report and Recommendation ("R&R") of

15   Magistrate Judge David K. Duncan (Doc. 27) regarding petitioner's Petition for Writ of

16   Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  The R&R recommends that

17   the Petition be denied and dismissed with prejudice.  The Magistrate Judge advised the

18   parties that they had fourteen days to file objections to the R&R.  (R&R at 5 (citing 28

19   U.S.C. § 636(b)).  Petitioner's Objection was filed November 15, 2012 (Doc. 30).

20          The Court has considered the Objection and the R&R.  The Court will accept the

21   R&R and dismiss the Petition.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court

22   "may accept, reject, or modify, in whole or in part, the findings or recommendations

23   made by the magistrate").

24          IT IS THEREFORE ORDERED that Report and Recommendation of the

25   Magistrate Judge (Doc. 27) is accepted.

26          IT IS FURTHER ORDERED that  the Clerk of the Court enter judgment denying

27   and dismissing petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28

28   U.S.C. § 2254 (Doc. 1) with prejudice.  The Clerk shall terminate this action.

1

2        Having considered the issuance of a Certificate of Appealability from the order

3   denying Petitioner's Petition for a Writ of Habeas Corpus, the Court FINDS:  Certificate

4   of Appealability and leave to proceed in forma pauperis on appeal are **Denied**.  Petitioner

5   has not made a substantial showing of the denial of a constitutional right.

6        Dated this 16th day of November, 2012.

7

8

9   _____

          Neil V. Wake

10        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -